AO 91 (Rev. 08/09) Criminal Complaint

# UNITED STATES DISTRICT COURT
## for the
### Southern District of Florida

| | | |
|---|---|---|
| United States of America<br>v.<br>JOSE ABEL FLORES-VELASQUEZ,<br><br>*Defendant(s)* | )<br>)<br>)<br>)<br>)<br>) | Case No. 13-8321-DLB |

FILED by _____ D.C.
JUN 2 6 2013
STEVEN M. LARIMORE
CLERK U.S. DIST. CT.
S.D. OF FLA. - W.P.B.

## CRIMINAL COMPLAINT

I, the complainant in this case, state that the following is true to the best of my knowledge and belief.

On or about the date(s) of __June 11, 2013__ in the county of __Palm Beach__ in the __Southern__ District of __Florida__, the defendant(s) violated:

| Code Section | Offense Description |
|---|---|
| 8 USC Section 1326(a) and (b)(2) | Illegal reentry after deportation by an aggravated convicted felon. |

This criminal complaint is based on these facts:
See Attached Affidavit.

☑ Continued on the attached sheet.

*Complainant's signature*

Andy Korzen, Deportation Officer, ICE
*Printed name and title*

Sworn to before me and signed in my presence.

Date: __6-26-2013__

*Judge's signature*

City and state: __West Palm Beach, FL__    U.S. Magistrate Judge Dave Lee Brannon
*Printed name and title*

# UNITED STATES v. JOSE ABEL FLORES-VELASQUEZ
# AFFIDAVIT IN SUPPORT OF CRIMINAL COMPLAINT

I, Andy Korzen, being duly sworn, depose and state as follows:

1. I am a Deportation Officer of the United States Department of Homeland Security, Immigration and Customs Enforcement (ICE) and have been so employed for over nine years. I am currently assigned to the Enforcement and Removal Operations, Criminal Alien Program, Stuart, Florida. As a Deportation Officer with ICE, my duties and responsibilities include enforcing criminal and administrative immigration laws of the United States. I have also conducted and participated in investigations of this nature.

2. This affidavit is based upon my own knowledge as well as information provided to me by other law enforcement officers. This affidavit does not set forth every fact known to me regarding the investigation but only those facts necessary to establish probable cause to believe that Jose Abel FLORES-VELASQUEZ committed the offense of being found in the United States after deportation, in violation of Title 8, United States Code, Section 1326(a) and (b)(2).

3. On or about June 11, 2013, Jose Abel FLORES-VELASQUEZ was arrested in Palm Beach County, Florida on charges of aggravated assault and disorderly intoxication. He was booked and detained at Palm Beach County Jail. Upon booking, his fingerprints were entered into the IAFIS system with a positive

match for an individual previously removed from United States under alien number A094 494 905, that is Jose Abel FLORES-VELASQUEZ.

4. On or about June 25, 2013, your affiant received immigration file bearing control number A094 494 905 corresponding to Jose Abel FLORES-VELASQUEZ. Original records within alien file assigned to Jose Abel FLORES-VELASQUEZ show that he is a native and citizen of El Salvador. Records further show that on or about April 20, 2006, Jose Abel FLORES-VELASQUEZ was ordered removed from the United States. The Order of Removal was executed on or about July 13, 2007, whereby Jose Abel FLORES-VELASQUEZ was removed from the United States to El Salvador.

5. Records further show that on or about October 15, 2003, in the County Court of the State of New York, County of Nassau, Jose Abel FLORES-VELASQUEZ was convicted of assault in the first degree.

6. Border Patrol Fingerprint Expert Richard Abbott conducted fingerprint comparison in this case. The fingerprint comparison confirmed that the individual encountered on or about June 11, 2013, that is, Jose Abel FLORES-VELASQUEZ is the same person previously removed from the United States on or about July 13, 2007.

7. A record check in the Computer Linked Application Informational Management System (CLAIMS) revealed no record that Jose Abel FLORES-VELASQUEZ filed an application for permission to reapply for admission into the United States after deportation or removal. Accordingly, your affiant can find no evidence that Jose Abel FLORES-VELASQUEZ obtained consent from the

Attorney General of the United States or from the Secretary of Homeland Security, for re-admission into the United States as required by law. A Certificate of Non-Existence of Record has been requested from Bureau of Citizenship and Immigration Services.

8. Based on the foregoing, your affiant avers that there exists probable cause to believe that, on or about June 11, 2013, Jose Abel FLORES-VELASQUEZ, an alien who was previously deported and removed from the United States, was found in the United States without having received the express consent from the Attorney General or the Secretary of the Department of Homeland Security for re-admission into the United States, in violation of Title 8, United States Code, Section 1326(a) and (b)(2).

Andy Korzen
Deportation Officer
Immigration and Customs Enforcement

Subscribed and sworn to before me
this 26th day of June, 2013.

DAVE LEE BRANNON
UNITED STATES MAGISTRATE JUDGE

# UNITED STATES DISTRICT COURT
## SOUTHERN DISTRICT OF FLORIDA

CASE NUMBER: 13-8321-DLB

## BOND RECOMMENDATION

DEFENDANT: JOSE ABEL FLORES-VELASQUEZ,

Pre-Trial Detention

(Personal Surety) (Corporate Surety) (Cash) (Pre-Trial Detention)

By: _____
AUSA: BRANDY BRENTARI GALLER

Last Known Address: Palm Beach County Jail

Booking #2013024321

What Facility: _____

Agent(s):  Deportation Ofc. Andy Korzen
(FBI)   (SECRET SERVICE)   (DEA)   (IRS)   (ICE)   (**OTHER**)
ICE

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA

No.  13-8321-DLB

UNITED STATES OF AMERICA

vs.

JOSE ABEL FLORES-VELASQUEZ,

   **Defendant.**
_____/

**CRIMINAL COVER SHEET**

1. Did this matter originate from a matter pending in the Northern Region of the United States Attorney's Office prior to October 14, 2003?   ____ Yes   __X__ No

2. Did this matter originate from a matter pending in the Central Region of the United States Attorney's Office prior to September 1, 2007?   ____ Yes   __X__ No

Respectfully submitted,

WIFREDO A. FERRER
UNITED STATES ATTORNEY

BY: _____
BRANDY BRENTARI GALLER
ASSISTANT UNITED STATES ATTORNEY
Brandy.Galler@usdoj.gov
Admin. No. A5501296
500 S. Australian Avenue, Suite 400
West Palm Beach, FL 33401-6235
Tel: (561) 820-8711
Fax: (561) 820-8777